UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS C. SOSA, JR., #2374326, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:22-CV-2134-G-BT |
| NFN MYERS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge entered Findings, Conclusions and Recommendation in this case. The District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. Any objections are overruled, and the court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

October 26, 2022.

_____
**A. JOE FISH
Senior United States District Judge**